EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  Harry.Yee@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL NO. 08-00251 JMS KSC |
| Petitioner, | ) MAGISTRATE'S REPORT AND<br>) RECOMMENDATION ON PETITION TO<br>) ENFORCE INTERNAL REVENUE |
| v. | ) SERVICE SUMMONS |
| EMILENE B. FELICIANO, | ) |
| Respondent. | ) |

MAGISTRATE'S REPORT AND RECOMMENDATION ON PETITION TO
<u>ENFORCE INTERNAL REVENUE SERVICE SUMMONS</u>

A hearing was held on Thursday, August 7, 2008, before the Honorable Kevin S.C. Chang, United States Magistrate Judge, on the Petition to Enforce Internal Revenue Service Summons filed by the United States of America.  Harry Yee, Assistant United States Attorney appeared on behalf of the United States with Supervising

Revenue Officer Allen Chow of the IRS.  Emilene B. Feliciano, the Respondent, was not present and did not respond.

As of August 7, 2008, Respondent Feliciano has not produced all of the summoned records and documents.

With the Declaration of Revenue Officer Cortez, the government has established a prima facie case that the summons is enforceable.  All the government needs to do to establish a prima facie case for enforcement of a summons is to show that the summons is issued for a legitimate purpose, the data sought may be relevant to that purpose, the data is not already in the Internal Revenue Service's possession, and the administrative steps for issuance and service of a summons have been followed. United States v. Powell, 379 U.S. 48 (1964). The Petitioner's burden of satisfying the Powell requirements is a "slight one" that can be met merely by presenting the sworn affidavit of the agent who issued the summons attesting to these facts.  United States v. Dynavac, Inc., 6 F.3d 1407, 1414 (9th Cir. 1993); United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993); Crystal v. United States, 172 F.3d 1141, 1144 (9th Cir. 1999).

Therefore, it is the recommendation of this Court to the United States District Judge that an order be entered as follows:

(1)  That the Internal Revenue Service summons served on Emilene B. Feliciano shall be enforced and he shall obey the

summons in full on or before 12:00 noon on Thursday, August 21, 2008;

(2)  That the respondent shall provide to United States all bank statements and cancelled checks for all bank accounts of Respondent's businesses (three Baskin Robbins Ice Cream Stores)for 2002 through 2006 and all personal bank statements and cancelled checks for all bank accounts for 2002 through 2006;

(3)  And that should respondent fail to fulfill the either of the requirements of this order then the United States may forthwith move this court for a hearing on motion for contempt of this order.

DATED: August 14, 2008, at Honolulu, Hawaii.



_____
Kevin S.C. Chang
United States Magistrate Judge

USA v. Emilene B. Feliciano
Civil No. 08-00251 JMS KSC
"Magistrate's Report and
Recommendation on Petition
to Enforce Internal
Revenue Service Summons"